People v Saunders (2025 NY Slip Op 04192)

People v Saunders

2025 NY Slip Op 04192

Decided on July 16, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 16, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
ROBERT J. MILLER
LILLIAN WAN, JJ.

2017-03356
 (Ind. No. 8993/15)

[*1]The People of the State of New York, respondent,
v
Marcus Saunders, appellant.

Marcus Saunders, Stormville, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Julian Joiris of counsel), for respondent.
Patricia Pazner, New York, NY (Mark W. Vorkink of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 3, 2021 (People v Saunders, 199 AD3d 719), affirming a judgment of the Supreme Court, Kings County, rendered March 10, 2017.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
CONNOLLY, J.P., GENOVESI, MILLER and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court